Núm. 8336.—FINLAY, ETC., apldo. *v.* PALMER, ET ALS., apltes.— C. D. Ponce. ▮▮▮▮▮▮ Mayo 9, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, la parte apelada en marzo 14, 1941, archivó una moción notificada a la apelante el día anterior solicitando la desestimación del recurso por no haberse tramitado con la debida diligencia y por ser frívolo, moción a la que se opusieron los apelantes y cuya vista se celebró sin asistencia de las partes el cinco de mayo actual; y

POR CUANTO, si bien la tramitación del recurso ha sido lenta en demasía es lo cierto que la transcripción quedó archivada el doce de marzo último o sea un día antes de la notificación de la moción de desestimación hecho que de acuerdo con la sección 58 del reglamento de esta corte constituye una contestación suficiente a la alegada dilación; y

POR CUANTO examinados los autos no se concluye que el recurso sea claramente frívolo;

POR TANTO, no ha lugar a la desestimación solicitada.

Núm. 8354.—EX PARTE CARABALLO, peticionaria y aplte. *v.* VÁZQUEZ, apldo.—C. D. San Juan. ▮▮▮▮▮▮▮ Junio 10, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, la apelante radicó su escrito de apelación en la corte inferior el día 12 de marzo de 1941, apelando de una resolución que denegó la entrega de ciertos bonos de los Estados Unidos porque sólo le pertenecía una tercera parte en usufructo;

POR CUANTO, desde dicha fecha la apelante no ha dado paso alguno para perfeccionar su apelación, según aparece de la certificación expedida por el secretario interino de la corte inferior;

POR CUANTO, el apelado radicó una moción solicitando la desestimación del recurso, que fué notificada a la apelante y también lo fué del señalamiento de la vista de la misma, sin que haya comparecido en forma alguna a oponerse a lo solicitado;

POR TANTO, vistas las reglas 40 y 58 del reglamento de esta corte, se desestima el recurso.